HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>    Plaintiff<br><br>  v.<br><br>KING COUNTY, et al.,<br><br>    Defendants. | NO. C14-1906-RAJ<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court, pursuant to Federal Rule of Civil Procedure 72(b)(3), and having reviewed and considered the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1.  The Court ADOPTS the Report and Recommendation.

2.  Plaintiff's motion for summary judgment, Dkt. 64, is DENIED.

3.  Defendants' motion for summary judgment, Dkt. 65, is GRANTED in part and DENIED in part, as detailed in the Report and Recommendation.

ORDER - 1

4.        The following claims are DISMISSED with prejudice: *Monell* claims against King County based on restrictions in protective custody and sanitization requirements; retaliation claim against CPS Johnson; failure to protect claims against CPS Johnson and Officer L. Jones; due process hearing claim against CPS Johnson; claims against ARNP Schroeder, Amy Calderwood, Chuck Sloan, and Sergeant Louis; Fifth Amendment claims against all defendants; and official capacity claims against all defendants.

5.        The following claims remain in this lawsuit: *Monell* claims against King County based on the sexually explicit material ban, infrequency of haircuts, and lack of shower curtains in Ad-Seg; excessive force against Officer Pasco; failure to protect from other inmates against Sergeant Justice and Officers Harvey and Pasco; First Amendment retaliation against Commander Karlsson, Captain Woodbury, Sergeant Fasen, CPS Johnson, and Officers Pasco, Gorman, and Verhelst; failure to conduct a due process hearing against CPS Morano and Officer Vigil; conspiracy against Nurse Trish; violation of due process right to be free from punishment against Commander Karlsson, Captain Woodbury, and Officers Robertson, Pasco, Gorman, and Verhelst; failure to intervene in mistreatment by officers against Commander Karlsson, Captains Bacon and Clark, and Sergeants Wheeler, Wilks, Burrows, Allred, Fasen, and Mohamed; failure to ensure the safe delivery of plaintiff's property against Sergeant Allred; deliberate indifference to serious medical needs against Officers Washington, Williamson, and L. Jones; intentional infliction of emotional distress against CPS Johnson and Sergeant Justice; and negligence against Officer L. Jones.

6. This matter is RE-REFERRED to Judge Donohue for further proceedings.

7. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 11th day of July, 2016.

The Honorable Richard A. Jones
United States District Judge

ORDER - 3