UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>KING COUNTY, et al.,<br><br>  Defendants. | NO.  C14-1906-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

This is a *pro se* prisoner civil rights action under 42 U.S.C. § 1983.  The parties have filed a stipulation and proposed order of dismissal with prejudice as to all defendants and without costs or attorney's fees.  Dkt. 105.  Based on the parties' stipulation, the Court recommends that this action be DISMISSED with prejudice and without an award of costs or attorney's fees to any party.  Furthermore, defendants' motion for summary judgment, Dkt. 89, should be DENIED as moot.  A proposed order accompanies this Report and Recommendation.

//

//

//

//

REPORT AND RECOMMENDATION - 1

1   The Clerk should note this matter as immediately ready for the Honorable Richard A.
2  Jones's consideration.
3   DATED this 21st day of November, 2016.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2