UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY, et al.,<br><br>                Defendants. | NO. C14-1906-RAJ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.
2. Based on the parties' stipulation, Dkt. 105, this action is DISMISSED with prejudice and without an award of costs or attorney's fees to any party.
3. Defendants' motion for summary judgment, Dkt. 89, is DENIED as moot.
4. The Clerk is directed to send a copy of this Order to the parties and to Judge Donohue.

DATED this 5th day of December, 2016.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1